Entered on Docket
December 10, 2010

Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
U.S. Bank, National Association
10-70977

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:                                              BK-S-09-31087-lbr

Sharon Tinker                                       MS Motion No. 30
                                                     Date: December 1, 2010
                                                     Time: 10:30 a.m.

                                                     Chapter 13

              Debtor.

## ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 5 Monthly Payments at $1,285.17 | $6,425.85 |
| (July 1, 2010 - November 1, 2010) | |
| 5 Late Charges at $51.41 | $257.05 |
| (July 1, 2010 - November 1, 2010) | |
| Property Inspections | $120.00 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $950.00 |
| Suspense Amount | ($1,231.45) |
| Total | $6,671.45 |

The total arrearage shall be paid in six monthly installments. Payments in the amount of $1,111.91 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the December 20, 2010 payment and continuing throughout and concluding on or before May 20, 2011.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least fourteen business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in the amount of $1,231.45 in a timely fashion, outside of any Bankruptcy Plan, beginning with the December 1, 2010 payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 525 Watkins Drive , Las Vegas, NV 89107, and legally described as follows:

Lot Fourteen (14) in Block One (1) of WATKINS MANOR UNIT NO. 1, as shown buy map thereof on file in Book 17 of Plats, Page 88, in the Office of the County Recorder of Clark County, Nevada.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtor fails to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may

1  thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable

2  State Law, and take any action necessary to obtain complete possession thereof.

3

4  Submitted by:

5  WILDE & ASSOCIATES

6

7  By_____

      **GREGORY L. WILDE, ESQ.**
8     Attorneys for Secured Creditor
      212 South Jones Boulevard
9     Las Vegas, Nevada 89107

10  APPROVED AS TO FORM & CONTENT:

11  Kathleen A Leavitt                        Narrah F. Newark

12  By_____              By_____

13
    Kathleen A Leavitt                        Narrah F. Newark
14  Chapter 13 Trustee                        Attorney for Debtors
    201 Las Vegas Blvd., So. #200             201 LAS VEGAS BLVD., S., #350
15  Las Vegas, NV 89101                       Las Vegas, NV 89101

16
                                              Nevada Bar No. 2763
17

18

19

20

21

22

23

24

25

26

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    The court has waived the requirements set forth in LR 9021(b)(1).

_____    No party appeared at the hearing or filed an objection to the motion.

__X__    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and
          any trustee appointed in this case any unrepresented parties who appeared at the hearing,
          and each has approved or disapproved the order, or failed to respond, as   indicated below.

Debtor's counsel:

__X__ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or          _____ failed to respond to the document

_____  appeared at the hearing, waived the right to review the order

_____  matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

__X__ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or          _____ failed to respond to the document

_____   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the
          motion pursuant to LR 9014(g), and that no party has objected to the form or content of the
          order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
  /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor